NUMBER 13-01-040-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

 __________________________________________________________________ 


CARL LATHAN SPEIGHTS , Appellant, 


v.

 

THE STATE OF TEXAS, Appellee. 

__________________________________________________________________ 


On appeal from the 156th District Court 

of Live Oak County, Texas.

 ___________________________________________________________________ 

O P I N I O N

 
Before Justices Dorsey, Rodriguez, and Castillo

 Opinion Per Curiam

 

 Appellant, CARL LATHAN SPEIGHTS , perfected an appeal from a judgment entered by the 156th District Court of Live
Oak County, Texas, in cause number L-00-0052-CR-B . Appellant has filed a motion to withdraw the notice of appeal. 
The motion complies with Tex. R. App. P. 42.2(a). 

 The Court, having considered the documents on file and appellant's motion to withdraw the notice of appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to withdraw the notice of
appeal is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 15th day of February, 2001 .